THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GIUSEPPE FRIIA, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued May 12, 1926; decided June 1, 1926.)

APPEAL from a judgment of the Supreme Court rendered February 25, 1926, at a Trial Term for the county

of Monroe, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Andrew R. Sutherland* for appellant.

*William F. Love, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE and LEHMAN, JJ.   Absent: ANDREWS, J.